

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Wayne Mitchell, Appellant

No. 06-23-00117-CR      v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 33459CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's amended judgment of conviction to reflect "06-13-2023" under "Date Sentence Imposed" and "Date Sentence Commences" and to reflect three days of jail-time credit. As modified, we affirm the judgment of the trial court.

We note that the appellant, David Wayne Mitchell, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 13, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk